**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **ROBERT L. WILLIAMS,** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:07-CV-0965-N (BH) |
| | § | |
| **MICHAEL J. ASTRUE** | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY ADMINISTRATION,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are adopted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the *Plaintiff's Motion for Summary Judgment*, filed April 3, 2008, is hereby **DENIED**, the *Commissioner's Motion for Summary Judgment*, filed June 11, 2008, is hereby **GRANTED**, and the decision of the Commissioner is hereby **AFFIRMED.**

SIGNED October 3, 2008.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE